

**GRANTED**  Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**T**HOMAS R. ENSOR
District Court Judge

EFILED Document
DATE OF ORDER INDICATED ON ATTACHMENT
2011CV82
CO Broomfield County District Court 17th JD
Filing Date: Jun  2 2011 10:53AM MDT
Filing ID: 37918810
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT, BROOMFIELD COUNTY, COLORADO<br>17 DesCombes Drive<br>Broomfield, CO  80020<br><br>**Plaintiffs:**<br>RUDY MARICH and BETTY MARICH<br>vs.<br>**Defendants:**<br>OMNI INTERLOCKEN COMPANY, L.L.C.;<br>OMNI INTERLOCKEN HOTEL LLC;<br>OMNI HOTELS MANAGEMENT CORPORATION;<br>TANA OIL AND GAS, L.L.C.; and<br>TRT HOLDINGS, INC. | ▲ **COURT USE ONLY** ▲<br><br>Case No. 2011CV82<br>Division A |
| **ORDER GRANTING MOTION TO AMEND CAPTION AND COMPLAINT** | |

The Court, having reviewed Plaintiffs' "Unopposed Motion to Amend Caption and Complaint", and being fully advised in the premises,

HEREBY GRANTS permission for Plaintiffs to file the "Amended Complaint and Jury Demand" in the form attached as Exhibit 1 to Plaintiffs' Motion to Amend and further ORDERS that subsequent to the filing of the Amended Complaint and Jury Demand, the caption of the within case is amended to read:  Rudy Marich and Betty Marich, Plaintiffs vs. Omni Interlocken Company, L.L.C. and Omni Hotels Management Corporation, Defendants.

SO ORDERED this _____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Broomfield County District Court 17th JD |
| **Judge:** | Thomas Richard Ensor |
| **File & Serve Transaction ID:** | 37889165 |
| **Current Date:** | Jun 02, 2011 |
| **Case Number:** | 2011CV82 |
| **Case Name:** | MARICH, RUDY et al vs. OMNI INTERLOCKEN COMPANY LLC et al |
| **Court Authorizer:** | Thomas Richard Ensor |

**/s/ Judge Thomas Richard Ensor**