

**GRANTED**

**The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.**

**Katherine R. Delgado**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document – District Court**
**2011CV82**
**CO Broomfield County District Court 17th JD**
**Filing Date: Jul 25 2011 9:23AM MDT**
**Filing ID: 38857433**
**Review Clerk: N/A**

| | |
|---|---|
| DISTRICT COURT, BROOMFIELD COUNTY<br>STATE OF COLORADO<br>17 DesCombes Drive<br>Broomfield, CO 80302<br><br>**Plaintiffs:**<br>RUDY MARICH and BETTY MARICH<br><br>v.<br><br>**Defendants:**<br>OMNI INTERLOCKEN COMPANY, L.L.C.; OMNI HOTELS MANAGEMENT CORPORATION | ▲ COURT USE ONLY ▲<br><br>Case No.: 2011CV82<br><br>Division A |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE NON-PARTIES AT FAULT**

This matter comes before the Court on Defendants Unopposed Motion for Extension of Time to Designate Non-Parties at Fault. Having reviewed the Motion, and being fully advised in the premises, the Court hereby **GRANTS** the Motion. Defendants shall have up to and until August 19, 2011 to designate non-parties at fault in accordance with 13-21-111.5 of the Colorado Revised Statutes.

Dated this _____ day of ______________________, 2011.

______________________________
DISTRICT COURT JUDGE

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Broomfield County District Court 17th JD

**Judge:** Thomas Richard Ensor

**Current Date:** Jul 25, 2011

**Case Number:** 2011CV82

---

**/s/ Judge Katherine R Delgado**