

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Katherine R. Delgado* (signature)

**Katherine R. Delgado**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document – District Court**
**2011CV82**
**CO Broomfield County District Court 17th JD**
**Filing Date: Aug 09 2011 04:18PM MDT**
**Filing ID: 39185769**
**Review Clerk: N/A**

---

| | |
|---|---|
| DISTRICT COURT, BROOMFIELD COUNTY, COLORADO<br>17 DesCombes Drive<br>Broomfield, CO  80020<br><br>**Plaintiffs:**<br>RUDY MARICH and BETTY MARICH<br>vs.<br>**Defendants:**<br>OMNI INTERLOCKEN COMPANY, L.L.C.;<br>OMNI INTERLOCKEN HOTEL LLC;<br>OMNI HOTELS MANAGEMENT CORPORATION;<br>TANA OIL AND GAS, L.L.C.; and<br>TRT HOLDINGS, INC. | ▲ COURT USE ONLY ▲<br><br>Case No. 2011CV82<br>Division A |

**ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT**

The Court, having reviewed Motion to File Second Amended Complaint, and being fully advised in the premises,

HEREBY GRANTS permission for Plaintiffs to file the "Second Amended Complaint and Jury Demand" in the form attached as Exhibit 1 to Plaintiffs' Motion to File Second Amended Complaint and directs that the caption in this action be amended as set forth above.

SO ORDERED this _____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Broomfield County District Court 17th JD

**Judge:** Katherine R Delgado

**Current Date:** Aug 09, 2011

**Case Number:** 2011CV82

/s/ **Judge Delgado, Katherine R**