

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Katherine R. Delgado**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document – District Court**
**2011CV82**
**CO Broomfield County District Court 17th JD**
**Filing Date: Nov 21 2011 11:20AM MST**
**Filing ID: 40992539**
**Review Clerk: N/A**

| | |
|---|---|
| DISTRICT COURT, BROOMFIELD COUNTY, COLORADO<br>17 DesCombes Drive<br>Broomfield, CO  80020<br><br>**Plaintiffs:**<br>RUDY MARICH and BETTY MARICH<br>vs.<br>**Defendants:**<br>OMNI INTERLOCKEN COMPANY, L.L.C.; OMNI HOTELS MANAGEMENT CORPORATION; BOBRICK WASHROOM EQUIPMENT, INC.; PINKARD CONSTRUCTION CO. a/k/a PINKARD CONSTRUCTION a/k/a AUSTIN/PINKARD JV; and RNL DESIGN, INC. a/k/a RNL DESIGN, A PROFESSIONAL CORPORATION a/k/a RNL DESIGN | ▲ COURT USE ONLY ▲<br><br>Case No. 2011CV82<br>Division A |

**ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS PINKARD CONSTRUCTION CO. AND RNL DESIGN, INC.**

The Court, having reviewed Plaintiffs' "Motion to Dismiss Claims Against Defendants Pinkard Construction Co. and RNL Design, Inc.", and being fully advised in the premises,

HEREBY GRANTS the dismissal of Defendants Pinkard Construction Co. a/k/a Pinkard Construction a/k/a Austin/Pinkard JV and RNL Design, Inc. a/k/a RNL Design, a Professional Corporation a/k/a RNL Design and FURTHER ORDERS that the caption of the within case is amended to delete those entities as parties-defendant.

SO ORDERED this _____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Broomfield County District Court 17th JD

**Judge:** Katherine R Delgado

**Current Date:** Nov 21, 2011

**Case Number:** 2011CV82

**/s/ Judge Katherine R Delgado**